LOCKE LORD BISSELL & LIDDELL LLP
John M. Hochhausler (SBN: 143801)
jhochhausler@lockelord.com
Amber L. Harley (SBN: 245060)
aharley@lockelord.com
300 South Grand Avenue, Suite 2600
Los Angeles, California 90071-3119
Telephone: (213) 485-1500
Facsimile: (213) 485-1200

JS-6

Attorneys for Defendant
SAXON MORTGAGE SERVICES, INC. (incorrectly sued herein as "Saxon Mortgage Services")

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE A. RAMERO, | ) CASE NO. CV08-06982 R (RCx) |
| Plaintiff, | ) [PROPOSED] ORDER |
| vs. | ) Assigned to the Hon. Manuel L. Real |
| SAXON MORTGAGE SERVICES, and DOES 1-50, inclusive, | ) Hearing:<br>) Date: December 1, 2008<br>) Time: 10:00 a.m. |
| Defendants. | ) Place: Courtroom 8 |

1

[PROPOSED] ORDER

Locke Lord Bissell & Liddell LLP
300 South Grand Avenue, Suite 2600
Los Angeles, CA, 90071-3119

The Court, having considered the Motion to Dismiss Plaintiff's Complaint pursuant to Fed. R. Civ. P. 12(b)(6) and Fed. R. Civ. P. 9(b) filed by Defendant Saxon Mortgage Services, Inc. (incorrectly sued herein as "Saxon Mortgage Services") ("Defendant"), hereby GRANTS the Motion to Dismiss and ORDERS that:

1. Count One alleging "unfair debt collection practices" is hereby dismissed with prejudice as to the following claims:

    (a) Plaintiff's claim pursuant to California's Rosenthal Fair Debt Collection Practices Act, including but not limited to California Civil Code § 1788(e) and (f), is hereby dismissed with prejudice because Plaintiff failed to state a claim.

    (b) Plaintiff's claim pursuant to the Federal Fair Debt Collections Act, 15 U.S.C. §§ 1692, *et seq.*, is hereby dismissed with prejudice because Plaintiff failed to state a claim.

    (c) Plaintiff's claim pursuant to the Real Estate Settlement Procedures Act ("RESPA"), 12 U.S.C. §§ 2601-2617, is hereby dismissed with prejudice because Plaintiff failed to state a claim.

2. Count Two alleging "predatory lending practices" is hereby dismissed with prejudice because Plaintiff failed to state a claim.

3. Count Three alleging RICO violations pursuant to 18 U.S.C. §§ 1961, *et seq.*, is hereby dismissed with prejudice because Plaintiff failed to state a claim for violation of RICO and because Plaintiff failed to state a RICO claim with sufficient particularity.

**IT IS SO ORDERED**

DATED:  _December 01, 2008_   _____
Hon. Manuel L. Real
Judge of the District Court